# United States District Court
# Northern District of New York

| | |
|---|---|
| SARAH JANE ANDRIANOS,<br>    *Plaintiff,*<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>    *Defendant.* | Case 5:24-cv-01293-ML<br><br><br><br>Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer the claimant the opportunity for a hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| LELAND DUDEK, | SARAH JANE ANDRIANOS, |
| By His Attorneys,<br>John A. Sarcone III,<br>United States Attorney | By Her Attorney, |
| /s/ Johanny Santana<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-4401<br>Johanny.Santana@ssa.gov | Olinsky Law Group<br>250 South Clinton Street - Suite 210<br>Syracuse, NY 13202<br>315-701-5780<br>Fax: 315-701-5781<br>Email: holinsky@windisability.com |

SO ORDERED:

Honorable Miroslav Lovric
United States Magistrate Judge

Dated: April 15, 2025